UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HA NGUYEN<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 to 10<br><br>Defendant. | Case No.: 20-cv-2432 JLS (BLM)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 9) |

Presently before the Court is Plaintiff Ha Nguyen's Motion to Remand. (ECF No. 9.) On its own motion, the Court **VACATES** the hearing scheduled for February 11, 2021 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: February 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge