# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HA NGUYEN<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 to 10<br><br>Defendant. | Case No.: 20-cv-2432 JLS (BLM)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 16) |

Presently before the Court is Defendant BMW of North America, LLC's Motion to Compel Arbitration and Stay Action. (ECF No. 16.) On its own motion, the Court **VACATES** the hearing scheduled for April 15, 2021 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: April 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge