UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HA NGUYEN<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 to 10<br><br>Defendant. | Case No.: 20-CV-2432 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE THE COURT'S JANUARY 11, 2022 ORDER, LIFT THE STAY, AND REINSTATE THE ACTION**<br><br>(ECF No. 31) |

Presently before the Court is the Parties' Joint Motion and Stipulation to Vacate the Court's January 11, 2022 Order Granting Defendant's Motion to Compel Arbitration, Lift the Stay, and Reinstate the Action (ECF No. 31). Good cause appearing, the Court **GRANTS** the Joint Motion. Pursuant to the Parties' stipulation, the Court **VACATES** the Court's January 11, 2022 Order (ECF No. 30). Furthermore, the Court **LIFTS** the stay and **REINSTATES** the instant action in this Court.

**IT IS SO ORDERED.**

Dated: January 31, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge