UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HA NGUYEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC. AND DOES 1-10,<br><br>　　　　　　　　　　Defendants. | Case No.: 20CV2432-JLS(BLM)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S EX PARTE MOTION FOR ORDER TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE**<br><br>**[ECF No. 38]** |

On August 5, 2022, the Court issued an Order Confirming Settlement and Setting Deadline to File Joint Motion for Dismissal.  ECF No. 36.  The Court ordered the parties to file a joint motion for dismissal by September 22, 2022 and stated that if the parties failed to do so, "then all counsel of record and unrepresented parties [would be] required to appear in person for a Settlement Disposition Conference on September 29, 2022 at 9:30 a.m. in Courtroom 3D."  Id. (emphasis omitted).

The parties did not file a joint motion for dismissal and on September 28, 2022, Plaintiff filed an *Ex Parte* Motion for Order to Continue Settlement Disposition Conference.  ECF No. 38. Plaintiff sought an order from the Court continuing the Settlement Disposition Conference to sixty days after the Court's order on Plaintiff's Motion for Attorneys' Fees and Costs [ECF No. 40] or permission to appear at the Settlement Disposition Conference virtually.  ECF No. 38.

Defendant opposed the motion. ECF No. 39.

On September 29, 2022, the Court held a Settlement Disposition Conference. ECF No. 41. Accordingly, Plaintiff's *Ex Parte* Motion for Order to Continue Settlement Disposition Conference is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: 9/30/2022

Hon. Barbara L. Major
United States Magistrate Judge